No. 05–7249. SNELLING v. MISSOURI ET AL. Ct. App. Mo., Eastern Dist. Certiorari denied.

No. 05–7250. LEACH v. PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 05–7251. KRETCHMAR v. CLARK, SENIOR JUDGE, COURT OF COMMON PLEAS OF PENNSYLVANIA, BUCKS COUNTY. Sup. Ct. Pa. Certiorari denied.

No. 05–7258. McDONALD v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 05–7260. ANDERSON ET AL. v. LASALLE STEEL CO. ET AL. C. A. 7th Cir. Certiorari denied.

No. 05–7265. WASHINGTON v. NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 05–7267. WRIGHT v. PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 05–7269. WELLS v. CARLTON, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 05–7271. YBARRA DOMINGUEZ v. TEXAS. Ct. App. Tex., 8th Dist. Certiorari denied.

No. 05–7273. SHABAZZ, AKA SNYDOR v. BRAXTON, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 05–7274. SHABAZZ, AKA SNYDOR v. TRUE, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 05–7277. JOHNSON v. BAKER, ATTORNEY GENERAL OF GEORGIA, ET AL. Super. Ct. Fulton County, Ga. Certiorari denied.

No. 05–7280. JONES v. MASSACHUSETTS. App. Ct. Mass. Certiorari denied.